## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1753 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Andrew J. Maxwell vs. Michelle Clement Studios, Inc. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER. The motion of Michelle Clement Studios, Inc. To withdraw the reference to the bankruptcy court is denied without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|

Case 1:08-cv-01753  Document 8  Filed 08/04/2008  Page 1 of 1

08C1753 Andrew J. Maxwell vs. Michelle Clement Studios, Inc.                                   Page 1 of 1